FILED
CLERK, U.S. DISTRICT COURT
5/2/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALDRIAN RAMIR HIGGS, Defendant. | CR 2:25-cr-00342-FMO <br><br> **I N D I C T M E N T** <br><br> [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about April 19, 2025, in Ventura County, within the Central District of California, defendant ALDRIAN RAMIR HIGGS knowingly possessed a firearm, namely, a Smith & Wesson, model M&P 9 Shield Plus, 9mm Luger caliber pistol, bearing serial number JHC8964, and ammunition, namely, five rounds of Sellier & Bellot 9mm Luger caliber ammunition, four rounds of Winchester 9mm Luger caliber ammunition, two rounds of RUAG Ammotec 9mm Luger caliber ammunition, one round of Fiocchi 9mm Luger caliber ammunition, and one round of

Remington 9mm Luger caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant HIGGS possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court of the State of California, County of Ventura, Case Number 2020015509, on or about November 18, 2022;

2. Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Ventura, case number 2021026947, on or about November 18, 2022; and

3. Carrying a Concealed Firearm, in violation of California Penal Code Section 25400(a)(2), in the Superior Court of the State of California, County of Ventura, Case Number 2022015123, on or about November 18, 2022.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2. If so convicted, defendant shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

1 substantially diminished in value; or (e) has been commingled with
2 other property that cannot be divided without difficulty.
3
4                                        A TRUE BILL
5
6                                        /S/
                                         Foreperson
7
8  BILAL A. ESSAYLI
   United States Attorney
9
   LINDSEY GREER DOTSON
10 Assistant United States Attorney
   Chief, Criminal Division
11
12 *[signature: Frances D. Lewis]*
13 FRANCES S. LEWIS
   Assistant United States Attorney
14 Chief, General Crimes Section
15 SHAWN T. ANDREWS
   Assistant United States Attorney
16 Deputy Chief, General Crimes
   Section
17
   MATTHEW TANG
18 Assistant United States Attorney
   General Crimes Section
19
20
21
22
23
24
25
26
27
28